BARNETT KARDONSKY, Respondent, v. JAMES TOZZI, etc., Appellant.— Motion for stay granted, on condition that appellant perfect the appeal for Friday, May 14, 1926, and be ready for argument when reached; otherwise, motion denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EDWARD H. KLEIN, Appellant, v. DEVOE PARK REALTY CORPORATION and CONRAD GLASER, Respondents.— Motion for stay of execution granted. Bond approved. Bond to be filed and copy served within five days. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MORRIS LIEBERMAN, Appellant, v. SAMUEL BRODY, Respondent.— Motion to resettle order modifying judgment granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice.

ALBERT MANOWITZ, Respondent, v. EVA SLIFKA, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

VINCENZO MARRAZZO, Appellant, v. L. BOYER'S SONS CO., and Others, Respondents.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THEODORE MARVIS, Appellant, v. LOUISE C. GAEBLER MARVIS, Respondent.— Motion to resettle order reversing judgment dismissing complaint, granted. Order signed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PAUL E. MEYER, Respondent, v. MORRIS ROSENTHAL, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ROSE M. PALMER and Another, Appellants, v. ROTARY REALTY CO., INC., and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., taking no part.

OLGA PETROVA, Respondent, v. WILLIAM HENRY ROBERTS, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ. Settle order on notice before Mr. Justice Jaycox.

GEORGE WALKER and HARRISON W. COLEY, etc., Respondents, v. EDMUND H. SMITH and Others, Appellants.— Motion for stay of examination pending appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

M. MORTON ANSORGE, Respondent, v. CORRINE P. KANE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.